IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                    CASE NO.  4:10CR00124-01  JMM

BRANDON LAMBERT

## ORDER

Pending is the Government's motion to dismiss the superseding indictment without prejudice.  (Docket #64).  The motion is GRANTED.  The Superseding Indictment against Brandon Lambert is hereby dismissed without prejudice.  All pending motions are denied as moot.

IT IS SO ORDERED this 3rd day of May, 2012.

_____
James M. Moody
United States District Judge